**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Randy Washington,** *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:26-cv-02081-DAE-SH** |
| | § | |
| **Peanut Plumbing LLC, Denise Meza, and Raul E. Meza,** | § | |
| | § | |
| *Defendants* | § | |

**REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

**TO: THE HONORABLE DAVID A. EZRA**
**UNITED STATES DISTRICT JUDGE**

Now before the Court are Plaintiff Randy Washington's Complaint (Dkt. 1) and Proposed Order to Proceed Without Prepaying Fees or Costs (Dkt. 2), both filed July 29, 2026.[1]

Washington filed a "motion to proceed in forma pauperis" that did not include an application to proceed *in forma pauperis* or any information about his financial resources. Dkt. 2. Instead, he submitted a form ***order*** on applications to proceed in district court without prepaying fees or costs. *Id.* This Magistrate Judge ordered Washington to either pay the $405 filing fee or submit a completed application to proceed *in forma pauperis* and supporting financial affidavit by October 16, 2026. Dkt. 5 at 1. The Court warned him that failure to comply would result dismissal of this case for want of prosecution and failure to comply with a court order under Rule 41(b). *Id.* at 2. Washington has submitted neither the filing fee of $405 nor a completed application to proceed *in forma pauperis*.

[1] The Honorable David A. Ezra referred this case to this Magistrate Judge for disposition of an application to proceed *in forma pauperis* and a recommendation as to whether the case should be dismissed as frivolous under 28 U.S.C. 1915(e), pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and the Court Docket Management Standing Order for United States District Judge David A. Ezra. Dkt. 3.

A district court may dismiss an action *sua sponte* for failure to prosecute or to comply with any court order under Federal Rule of Civil Procedure 41(b). *Griggs v. S.G.E. Mgmt., LLC*, 905 F.3d 835, 844 (5th Cir. 2018). Because Washington failed to abide by a Court Order and to prosecute his case, the Court recommends that the case be dismissed.

## I. Recommendation

This Magistrate Judge **RECOMMENDS** that Judge Ezra **DISMISS** this case without prejudice under Rule 41(b).

It is **ORDERED** that the Clerk **REMOVE** this case from this Magistrate Judge's docket and **RETURN** it to the docket of the Honorable David A. Ezra.

## II. Warnings

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from de novo review by the District Court of the proposed findings and recommendations in the Report and, except on grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

**SIGNED** on October 22, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE